UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GABRIEL McCAIN,

    Plaintiff,   CIV S-05-0429 MCE PAN PS

  v.

COUNTY OF SACRAMENTO, JAMES WOOD, FINDINGS AND RECOMMENDATIONS
DEPARTMENT OF HUMAN AND HEALTH
SERVICES, CHILD PROTECTIVE
SERVICES, OFFICE OF THE COUNTY
COUNSEL, COUNTY BOARD OF
SUPERVISORS, SOKA OM, and DOES 1
to 10,

    Defendants.

—oOo—

  Defendants move to dismiss plaintiff's complaint for failure to state a claim upon which relief can be granted or, alternatively, to remand this action to the Sacramento County Superior Court.  This matter is scheduled for hearing before this court April 27, 2005.  As oral argument is unnecessary to resolve this matter, I vacate the hearing and issue this order.

On March 3, 2005, this court granted plaintiff's application to proceed in forma pauperis and directed her complaint be filed. The court construes plaintiff's complaint as seeking review of a state court decision removing plaintiff's daughter from her custody.

Resolution of child custody issues lies only with the laws of the states, as interpreted by the state courts. <u>In re Burrus</u>, 136 U.S. 586, 593-594 (1890); <u>Moore v. Sims</u>, 442 U.S. 415, 435 (1979) ; <u>Elk Grove Unified School Dist. v. Newdow</u>, 124 S.Ct. 2301, 2309 (2004). Accordingly, plaintiff's action herein should be dismissed for lack of subject matter jurisdiction. Fed. R. Civ. P. 12(b)(1).

These findings and recommendations are submitted to the Honorable Morrison C. England, Jr., the United States District Judge assigned to this case. 28 U.S.C. § 636(b)(l). Written objections may be filed within ten days after being served with these findings and recommendations. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: April 26, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge