1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GABRIEL McCAIN,                          No. CIV-S-05-0429 MCE/PAN PS

      Plaintiff,

  v.                                     ORDER

COUNTY OF SACRAMENTO, ET AL.,

      Defendants.
_____/

    This matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302.  On April 28, 2005, Judge Nowinski recommended that plaintiff's action be dismissed.  No objections to the findings and recommendation have been filed.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

///

1. The Findings and Recommendations filed April 28, 2005, are adopted in full; and

2. This action is dismissed.

DATE: June 7, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE